≈AO 442 (Rev. 10/03) Warrant for Arrest

REDACTED

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

JONATHAN J. MCKINNEY

SEALED

**WARRANT FOR ARREST**

Case Number: CR 07-93 (UNA)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROY JOSEPH BENSON _____
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X | Indictment | ☐ | Information | ☐ | Complaint | ☐ | Order of court | ☐ | Probation Violation Petition | ☐ | Supervised Release Violation Petition | ☐ | Violation Notice |

charging him or her with (brief description of offense)

RECEIPT OF CHILD PORN BY COMPUTER
RECEIPT OF OBSCENITY DEPICTING CHILDREN - 18:1466A
POSSESSION OF CHILD PORN - 18:1466A

FILED
JUL - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 2252A(a)(2) ___

PETER T. DALLEO
Name of Issuing Officer

_Evette Watson_, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

June 27, 2007 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 6-27-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7-2-07 | William David, DUSM | _William David_ |