UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO. 07-93 SLR |
| vs. | ) ) |
| Jonathan J. McKinney | ) ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on  7/17/07  requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until ~~September~~ October 19, 2007. The time between the date of this order and October 19, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
JUL 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE