IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : **Case No.: 1:07 CR 00093 SLR** |
| vs. | : |
| | : |
| **JONATHAN MCKINNEY** | : |
| **Defendant** | : |

# ORDER

AND NOW, this        day of          , 2007, upon Motion of Robert Sink, Esq. and Paul M. Perlstein, Esq. it is hereby ORDERED and DECREED that Robert Sink, Esq, is appointed as co-counsel, *pro bono*, to assist in the representation of Defendant Jonathan McKinney. Mr. Sink shall not be entitled to remuneration or compensation for fees or costs pursuant to the Criminal Justice Act and Mr. Sink shall have no responsibility as counsel for the representation of Mt. McKinney.

By The Court:

_____
**Sue L. Robinson, J.**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : |
| vs. | : Case No.: 1:07-CR-00093-SLR |
| | : |
| **JONATHAN MCKINNEY** | : |
| **Defendant** | : |

**AMENDED MOTION FOR THE APPOINTMENT OF ROBERT SINK, ESQ. CO-COUNSEL, *PRO BONO*, IN THE DEFENSE OF JONATHAN MCKINNEY**

TO THE HONORABLE SUE L. ROBINSON, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

1. The defendant, Jonathan McKinney, is charged with possession of child pornography (five [5] images).

2. Paul Perlstein, Esq., who is a member of the bar of this Court, was appointed to represent the Defendant under the Criminal Justice Act.

3. Robert Sink, Esq., who is an experienced trial lawyer, regularly assists Mr. Perstein in the representation of his clients.

4. Mr. Sink is a member in good standing of the Supreme Court of Pennsylvania, the United States District Court for the Eastern, Middle, and Western Districts of Pennsylvania, and the United States District Court for the District of Columbia. See Certification of Robert W. Sink attached as Exhibit A.

5. Mr. Sink understands that his representation of the Defendant as co-counsel is strictly on a pro bono basis.

6. Edmond Falgowski, Esq., Assistant U.S. Attorney, has no objection to the admission of Mr. Sink and his participation assisting Mr. Perlstein.

WHEREFORE, it is respectfully requested that this Court grant this Motion for the appointment, *pro bono*, of Robert Sink, Esq.

Respectfully submitted,

**PERLSTEIN LAW**

**By: S/_____**
    **Paul M. Perlstein, Esq.**

**Attorney for Defendant, Jonathan McKinney**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| : | Case No.: 1:07 CR 00093 SLR |
| vs. : | |
| : | |
| **JONATHAN MCKINNEY** : | |
| **Defendant** : | |

## CERTIFICATION BY ROBERT SINK, ESQ.

1. I am admitted, practicing, and in good standing as a member of the Supreme Court of Pennsylvania, the United States District Court for the Eastern, Middle, and Western Districts of Pennsylvania, and the United States District Court for the District of Columbia.

2. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

3. I certify I am generally familiar with this Court's Local Rules.

   Respectfully submitted,


   s/_____
   **Robert W. Sink, Esq.**
   **Law Offices of Robert W. Sink**
   **319 W. Front St.**
   **Media, PA 19063**
   **610-566-0800**

   **rsink@sinklawoffices.com**