IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : Case No.: 1:07 CR 00093 SLR |
| vs. | : |
| | : |
| JONATHAN MCKINNEY | : |
| Defendant | : |

### ORDER

AND NOW, this 16th day of August, 2007, upon Motion of Robert Sink, Esq. and Paul M. Perlstein, Esq. it is hereby ORDERED and DECREED that Robert Sink, Esq, is appointed as co-counsel, *pro bono*, to assist in the representation of Defendant Jonathan McKinney. Mr. Sink shall not be entitled to remuneration or compensation for fees or costs pursuant to the Criminal Justice Act and Mr. Sink shall have no responsibility as counsel for the representation of Mt. McKinney.

By The Court:

_____
Sue L. Robinson, J.