IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : **Case No.: 1:07 CR 00093 SLR** |
| vs. | : |
| | : |
| **JONATHAN MCKINNEY** | : |
| Defendant | : |

### DEFENDANT'S NOTICE OF WITHDRAWAL

### OF MOTION TO DISMISS INDICTMENT

This 16th day of October, 2007, the Defendant Jonathan McKinney hereby gives notice through his counsel of record that his Motion to Dismiss Indictment is withdrawn without prejudice.

The Assistant U.S. Attorney, Edmond Falkowski, has no objection.


Respectfully submitted,

**PERLSTEIN LAW**


By: __S/_____
    **Paul M. Perlstein, Esq.**

**Attorney for Defendant, Jonathan McKinney**

Case 1:07-cr-00093-SLR     Document 30     Filed 10/16/2007     Page 2 of 2