IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-093-SLR |
| ) | |
| JONATHAN J. McKINNEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington, this 27th day of February, 2008,

IT IS HEREBY ORDERED that:

1. The sentencing scheduled to commence on **Thursday, March 6, 2008** is **cancelled.**

2. A telephone status conference is scheduled for **Thursday, March 6, 2008** at **4:30 p.m.**, with the court initiating said call.

                                                                 United States District Judge