IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Crim. No. 07-093-SLR |
| | ) |
| JONATHAN J. McKINNEY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this  1st  day of March, 2008, having conferred with counsel;

IT IS HEREBY ORDERED that an evidentiary hearing is scheduled for **Monday,**

**May 19, 2008** at **10:00 a.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb

Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge