

P.O. Box 834 • Doylestown, PA 18901-0834
Scranton, PA • New York, NY

215-348-3700 • Fax 215-345-7104 • Toll Free 866-986-8888
www.PerlsteinLaw.com • Perlstein@PerlsteinLaw.com

**Paul M. Perlstein, Esq.**
Admitted in PA, NY and NJ
LLM in Trial Advocacy

File #   07-2176

May 12, 2008

Hon. Sue L. Robinson
US District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

*Via ECF only*

RE: **McKinney ans. USA**
    **1:07-CR-00093**

**Dear Judge Robinson:**

   I am pleased to advise that at the hearing you have scheduled in this matter for Monday morning, May 19, 2008, we can proceed right to sentencing. Mr. Falgowski and I have resolved the issues that would have required an evidentiary hearing. Mr. Matthews has been advised of this.

   If you have any questions, please feel free to contact me. Thank you very much.

Respectfully yours,

**Perlstein Law**

By: _____
    **Paul M. Perlstein, Esq.**

**Cc:**
   Robert Sink, Esq.
   Edmond Falgowski, Esq.