AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

U.S.A.

V.

Jonathan J. McKinney

**EXHIBIT AND WITNESS LIST**

Case Number: 07-cr-93-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Edmond Falgowski | Paul Perlstein and Eugene Maurer, Jr. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 04/19/2008 | V. Gunning | L. Davis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Dr. Foley |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages