# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : **Case No.: 1:07 CR 00093 SLR** |
| **vs.** | : |
| | : |
| **JONATHAN MCKINNEY** | : |
|     **Defendant** | |

## ORDER

    AND NOW, this _____ day of _____, 2008, upon Motion of the Defendant, Jonathan McKinney, it is hereby ORDERED and DECREED that the Clerk of the United States District Court for the District of Delaware shall place under seal the Sentencing Memorandum filed on behalf of Jonathan McKinney.

    **By The Court:**

    _____
    **Sue L. Robinson, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| vs. | : Case No.: 1:07-CR-00093-SLR |
| | : |
| **JONATHAN MCKINNEY** | : |
|     **Defendant** | |

## DEFENDANT'S MOTION TO SEAL HIS SENTENCING MEMORANDUM

TO THE HONORABLE SUE L. ROBINSON, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

1. The defendant, Jonathan McKinney, was sentenced on May 19, 2008.

2. A Sentencing Memorandum was filed on behalf of Mr. McKinney, along with exhibits.

3. The Sentencing Memorandum contains highly confidential and personal information and does not serve any purpose by being available to the general public.

4. It would be beneficial to Mr. McKinney and to those whose letters have been attached to the Sentencing Memorandum, and in order to protect

their privacy, if the Sentencing Memorandum and the attachments were to be sealed.

5. The United States, through the Assistant United States Attorney, Edmond Falgowski, Esq. has no objection to the entry of this Order by the Court.

WHEREFORE, the defendant, Jonathan McKinney, respectfully requests that the Court order that the Sentencing memorandum filed on his behalf be sealed.

Respectfully submitted,

**PERLSTEIN LAW**

By: _s//_____
     **Paul M. Perlstein, Esq.**

**Attorney for Defendant,
Jonathan McKinney**