# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No.: 1:07 CR 00093 SLR |
| vs. | |
| JONATHAN MCKINNEY<br>Defendant | |

## ORDER

AND NOW, this 2nd day of June, 2008, upon Motion of the Defendant, Jonathan McKinney, it is hereby ORDERED and DECREED that the Clerk of the United States District Court for the District of Delaware shall place under seal the Sentencing Memorandum filed on behalf of Jonathan McKinney.

By The Court:

_____
Sue L. Robinson, J.