IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    **Plaintiff,** | :<br>:<br>: |
| **vs.** | :    Case No.: 1:07 CR 93 SLR |
| **JONATHAN MCKINNEY**<br>    **Defendant** | :<br>:<br>: |

## NOTICE OF APPEAL BY DEFENDANT JONATHAN McKINNEY

The Defendant, Jonathan McKinney, having received Notice of the Judgment of Sentence signed by the Honorable Sue L. Robinson on June 2nd, 2008 and entered on the docket on June 6, 2008, respectfully serves notice this 8th day of June, 2008, that he appeals to the United States Court of Appeals for the Third Circuit.

The Defendant, Jonathan McKinney, proceeds in forma pauperis and is represented by CJA counsel.

                                                  **Respectfully Submitted,**

                                                  **Perlstein Law**

                                                  **By: s/Paul M. Perlstein**
                                                          **Paul M. Perlstein, Esq.**

                                                  **Counsel for Jonathan McKinney**