## TRANSCRIPT PURCHASE ORDER
### For Third Circuit Court of Appeals

| District Court | District of Delaware | Court of Appeals Docket No. | 08-2717 |
|---|---|---|---|
| | | District Court Docket No. | 1:07-CR-93 SLR |

Short Case Title  U.S. v. McKinney

Date Notice of Appeal Filed by Clerk of District Court    June 8, 2008

---

**Part 1.**  (To be completed by party responsible for ordering transcript)

NOTE: A SEPRATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

☐ None         ☐ Unnecessary for appeal purposes.

☐ Already on file in the District.Court. Clerk's office.

☒ This is to order a transcript of the proceedings heard on the date listed below from  Valerie Gunning        (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed. If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

Sentencing Hearing May 19, 2008

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

☐ Voir dire;              ☐ Opening statemen of plaintiff        ☐ defendant

☐ Closing argument of plaintiff      ☐ defendant

☐ Jury instructions         ☐ Sentencing Hearings

. . . . . . . . . . . . . . . . . . . . . . . . . . . DUE ME THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE . . .  . . . . . . . . . . . . . . . . . . FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR . . . . . . . . . . . . . . . IMPOSITION OF SANCTIONS.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.  The method of payment will be:

☒ Criminal Justice Act (Attach copy of CJA form 24)

☐ Motion for transcript has been submitted to District Court Judge

☐ Private Funds .

Signature _____     Date    June 16, 2008

Print Name  Paul M. Perlstein, Esq.          Counsel for    Jonathan McKinney

Address    P.O. Box 834, Doylestown, PA 18901-0834     Telephone    215-348-3700

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date  transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | (Name of Court Reporter) | Telephone |
|---|---|---|

---

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

| Date | Signature of Court Reporter |
|---|---|

mmr20051003dgw



P.O. Box 834 • Doylestown, PA 18901-0834
Scranton, PA • New York, NY

215-348-3700 • Fax 215-345-7104 • Toll Free 866-986-8888
www.PerlsteinLaw.com • Perlstein@PerlsteinLaw.com

**Paul M. Perlstein, Esq.**

Admitted in PA, NY and NJ
LLM in Trial Advocacy

File #    07-2176

June 16, 2008

**Mr. Peter T. Dalleo**
US District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

**RE: McKinney ans. USA**
**1:07-CR-00093**

**3rd Circuit: 08-2717**

**Dear Mr. Dalleo:**

Enclosed is the Transcript Purchase Order for Mr. McKinney's May 19, 2008 sentencing along with CJA form 24.

If you have any questions, please feel free to contact me. Thank you very much.

Very truly yours,

**Perlstein Law**

By: _____
  Paul M. Perlstein, Esq.

2008 JUN 18 PM 1:32
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED